IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**KATIE ELIZABETH BOWLDS,**<br><br>Defendant. | CR 22-10-GF-BMM<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture. Defendant Katie Elizabeth Bowlds appeared before the Court on April 25, 2023, and entered a plea of guilty to the sole count in the indictment—possession of stolen mail. She also admitted the forfeiture allegation. Bowlds's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 1956(c)(7)(D), and 18 U.S.C. §§ 981(a)(1)(C), (a)(2)(A), and 28 U.S.C. § 2461(c).

IT IS ORDERED:

THAT Bowlds's interest in the property listed in Attachment A is forfeited to the United States in accordance with 18 U.S.C. § 1956(c)(7)(D), and 18 U.S.C. §§ 981(a)(1)(C), (a)(2)(A), and 28 U.S.C. § 2461(c).

1

THAT the United States Marshals Service and the United States Postal Service Office of Inspector General are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 1st day of May 2023.

_____
Brian Morris, Chief District Judge
United States District Court